**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**WILLIAM RÍOS, LYNNE M. SHERIDAN, THE LEGAL CONJUGAL PARTNERSHIP COMPOSED BETWEEN THEM,**

*Plaintiffs,*

v.

**FULLER GROUP; THE FULLER BRUSH COMPANY OF PUERTO RICO, INC.; ANTILLES CLEANING SERVICES, INC.; DEFENDANTS ABC INSURANCE COMPANIES; DEFENDANTS DEF,**

*Defendants.*

**CIVIL NO. 21-1532 (DRD)**

**JUDGMENT**

Pursuant to the parties' *Joint Stipulation of Dismissal* (Docket No. 22), the Court hereby **DISMISSES** the instant case **WITH PREJUDICE**. Each party will bear its own attorneys' fees, costs, and expenses. *See* Fed.R.Civ.P. 41(a). The Court shall retain jurisdiction to enforce the settlement agreement.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, on this 9th day of January, 2023.

***S/Daniel R. Domínguez***
Daniel R. Domínguez
United States District Judge